AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

RHINO TOYS, INC., a California corporation,
    Plaintiff
        v.
JA-RU, INC., a Florida corporation,
    Defendant

Civil Action No. CV 08 3398 JCS

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Ja-Ru, Inc.

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Micah R. Jacobs, SBN 174630                    (415) 352-2700
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108

Mark D. Alleman, CA Bar No. 203021             (503) 459-4141
ALLEMAN HALL McCOY RUSSELL & TUTTLE LLP
806 SW Broadway, Suite 600
Portland, OR 97205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
ANNA SPRINKLES

Date: JUL 15 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com