**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                   415.522.2000

**July 30, 2008**

**CASE NUMBER:  CV 08-03398 JCS**
**CASE TITLE:  RHINO TOYS INC-v-JA-RU INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/30/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 7/30/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA