1
2
3
4
5                      UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8    RHINO TOYS INC,                          No. C 08-03398 MHP
9            Plaintiff(s),                    **CLERK'S NOTICE**
                                              **(Scheduling Case Management Conference**
10      v.                                    **in Reassigned Case)**
11   JA-RU INC,
12          Defendant(s).
     _____/
13
14        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15   hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

16   **October 20, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

17   conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

18   Management Statement on all defendants, and shall also serve a copy of this notice on all

19   defendants.

20
21                                            Richard W. Wieking
                                              Clerk, U.S. District Court
22
23
24   Dated:  August 5, 2008                   Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
25                                                    (415) 522-3140
26
27
28

**United States District Court**
For the Northern District of California